Commonwealth *v.* Mauger, Appellant.

Argued June 14, 1966.

*Fred T. Cadmus, III,* for appellant; *C. Barry Buckley,* with him *Griffith, Morton & Buckley,* for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Miller, Appellant.

Argued June 16, 1966. *John P. Yatsko,* with him *Fitzgerald & Yatsko,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Argued June 21, 1966.

*John Rogers Carroll,* for appellant; *John R. Jakubowski,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgments of sentence affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he